IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 21-10369 TPA |
| BONNY LYNETTE JONES, | : |
| Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| | : CHAPTER 13 |
| | : |

**EMPLOYEE INCOME RECORD**

Please be advised that the Debtor receives no income from employment.

Attached is a print out from unemployment compensation.

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY &
KROTO, INC.

BY:    /s/Michael S. JanJanin
Michael S. Jan Janin, Esquire
PA Id. No. 38880
2222 West Grandview Boulevard
Erie, Pennsylvania 16506-4508
Telephone: 814-833-2222, Ext. 1045
Facsimile: 814-833-6753
mjanjanin@quinnfirm.com
Counsel for Debtor

#1443371

Withheld:

[ More Information ]

Outstanding Claim Issues

## Outstanding Claim Issues

**No Outstanding Issues have been found for this claim.**

Weekly Benefit Certifications

## Weekly Benefit Certifications

Below are the weeks for which you have completed certifications to continue your unemployment benefits.

| # | Week Ending | Certification Filing Date | Benefit Pay Date | Payment Number | Benefit Amount | Federal Withholding | Stimulus Amount | Payment Amount |
|---|---|---|---|---|---|---|---|---|
| 11 | 06/12/2021 | 6/15/2021 11:41:23 AM | 6/16/2021 | 322517 | $245.00 | $54.00 | $270.00 | $215.00 |
| 10 | 06/05/2021 | 6/15/2021 11:39:59 AM | 6/16/2021 | 322517 | $245.00 | $54.00 | $270.00 | $215.00 |
| 9 | 05/29/2021 | 6/15/2021 11:38:03 AM | 6/16/2021 | 322517 | $245.00 | $54.00 | $270.00 | $215.00 |
| 8 | 05/22/2021 | 5/28/2021 12:00:00 AM | 5/29/2021 | 3854892 | $245.00 | $55.00 | $270.00 | $214.00 |
| 7 | 05/15/2021 | 5/28/2021 12:00:00 AM | 5/29/2021 | 3854891 | $245.00 | $55.00 | $270.00 | $214.00 |
| 6 | 05/08/2021 | 5/28/2021 12:00:00 AM | 5/29/2021 | 3854890 | $245.00 | $55.00 | $270.00 | $214.00 |
| 5 | 05/01/2021 | 5/11/2021 12:00:00 AM | 5/12/2021 | 3540765 | $245.00 | $55.00 | $270.00 | $214.00 |
| 4 | 04/24/2021 | 5/11/2021 12:00:00 AM | 5/12/2021 | 3540764 | $245.00 | $55.00 | $270.00 | $214.00 |
| 3 | 04/17/2021 | 4/19/2021 12:00:00 AM | 4/20/2021 | 3075754 | $245.00 | $55.00 | $270.00 | $214.00 |
| 2 | 04/10/2021 | 4/19/2021 12:00:00 AM | 4/20/2021 | 3075753 | $245.00 | $55.00 | $270.00 | $214.00 |
| 1 | 04/03/2021 | 4/19/2021 12:00:00 AM | 4/20/2021 | 3075752 | $245.00 | $55.00 | $270.00 | $214.00 |

◄ ◄ Page 1 ▾ of 1 ▷ ▶
Rows: 100 ▾

[ File Benefit Certification | Weekly Certification Log ]

Payment Summary

## Payment Summary

Below are the details on how each weekly payment was determined.

| # | Week Ending | WBA | Partial Credit | Earnings Claimed | Dependent(s) Allowance | Reduction Amount | Total Deductions | Stimulus Amount | Payment Amount | Pay Type | Trans Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 06/12/2021 | $245.00 | $74.00 | $0.00 | $0.00 | $6.00 | $54.00 | $270.00 | $485.00 | Taxes Withheld | 79407330 |
| 10 | 06/05/2021 | $245.00 | $74.00 | $0.00 | $0.00 | $6.00 | $54.00 | $270.00 | $485.00 | Taxes Withheld | 79407330 |
| 9 | 05/29/2021 | $245.00 | $74.00 | $0.00 | $0.00 | $6.00 | $54.00 | $270.00 | $485.00 | Taxes Withheld | 79407330 |
| 8 | 05/22/2021 | $245.00 | $74.00 | $0.00 | $0.00 | $6.00 | $55.00 | $270.00 | $484.00 | Total Payment | 18621503 |
| 7 | 05/15/2021 | $245.00 | $74.00 | $0.00 | $0.00 | $6.00 | $55.00 | $270.00 | $484.00 | Total Payment | 18621502 |
| 6 | 05/08/2021 | $245.00 | $74.00 | $0.00 | $0.00 | $6.00 | $55.00 | $270.00 | $484.00 | Total Payment | 18621501 |
| 5 | 05/01/2021 | $245.00 | $74.00 | $0.00 | $0.00 | $6.00 | $55.00 | $270.00 | $484.00 | Total Payment | 18621500 |
| 4 | 04/24/2021 | $245.00 | $74.00 | $0.00 | $0.00 | $6.00 | $55.00 | $270.00 | $484.00 | Total Payment | 18621499 |
| 3 | 04/17/2021 | $245.00 | $74.00 | $0.00 | $0.00 | $6.00 | $55.00 | $270.00 | $484.00 | Total Payment | 18621498 |
| 2 | 04/10/2021 | $245.00 | $74.00 | $0.00 | $0.00 | $6.00 | $55.00 | $270.00 | $484.00 | Total Payment | 18621497 |
| 1 | 04/03/2021 | $245.00 | $74.00 | $0.00 | $0.00 | $6.00 | $55.00 | $270.00 | $484.00 | Total Payment | 18621496 |

◁ ◁ Page 1 ⌄ of 1 ▷ ▷|
Rows: 100 ⌄

Based on the policy of your financial institution it may take up to three days for funds to appear in your account.

Employers and Income During Base Period

## Employers and Income During Base Period

Below are the employers for which you earned income **Monetary Finality Date 4/19/2021**
during your Base Period
Weekly Benefit Amount: $245.00
Maximum Benefit Amount: $6,370.00

| Employer | State Source | Q1 10/1/2019-12/31/2019 | Q2 1/1/2020-3/31/2020 | Q3 4/1/2020-6/30/2020 | Q4 7/1/2020-9/30/2020 | Total Wages | Wage % | SIDES |
|---|---|---|---|---|---|---|---|---|
| ON THE LAKE ENTERPRISES LLC ▉ | PA | $6,226.50 | $2,726.50 | $1,932.00 | $3,647.00 | $14,532.00 | 100.000% | Y |
| Total | | $6,226.50 | $2,726.50 | $1,932.00 | $3,647.00 | $14,532.00 | | |

**Daily Benefit Amount History**

**Daily Benefit Amount Audit History**

For more information on unemployment benefits click here to access Unemployment Services.