UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| BONNY LYNETTE JONES, | : BANKRUPTCY NO. 21-10369 |
|     Debtor. | : |
| | : CHAPTER 13 |
| BONNY LYNETTE JONES, | : |
| | : RELATED TO DOCUMENT NO. 1 |
|     Movant, | : |
| | : |
|     v. | : |
| | : |
| NO RESPONDENT. | : |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Michael S. JanJanin, Esquire, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the Schedules.

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY &
KROTO, INC.


BY:   /s/Michael S. JanJanin
    Michael S. JanJanin, Esquire
    PA Id. No. 38880
    2222 West Grandview Boulevard
    Erie, Pennsylvania 16506-4508
    Telephone: 814-833-2222
    Facsimile: 814-833-6753
    mjanjanin@quinnfirm.com
    Counsel for Debtor

#1451193

Alan R. Shaddinger, Esquire
21 Forest Avenue
Meadville, PA 16335

Conneaut Lake Joint Municipal Authority
P.O. Box 277
Conneaut Lake, PA 16316