UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 21-10369 TPA |
| BONNY LYNETTE JONES, | : |
| Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| BONNY LYNETTE JONES, | : CHAPTER 13 |
| | : |
| Movant, | : RELATED TO DOCUMENT NOS. 22, 20, 12, |
| | : AND 10 |
| v. | : |
| | : |
| NO RESPONDENT. | : |
| | : |

**CERTIFICATE OF SERVICE**

    I, the undersigned, certify that I served, or caused to be served, on the 19TH day of July, 2021, a copy of the Order dated July 15, 2021, Amendment to Schedules filed at Document No. 20, Notice of First Meeting of Creditors, and Chapter 13 Plan upon each of the following persons and parties in interest at the address shown on the attached list.

                     Respectfully submitted,

                     THE QUINN LAW FIRM

BY:   /s/ Michael S. JanJanin
         Michael S. JanJanin, Esquire
         PA Id. No. 38880
         2222 West Grandview Boulevard
         Erie, Pennsylvania 16506-4508
         Telephone: 814-833-2222
         Facsimile: 814-833-6753
         E-Mail Address: mjanjanin@quinnfirm.com
         Counsel for Debtor

#1452250

The following parties received notification via the CM/ECF System and will not receive a paper copy of the filing:

Office of the United States Trustee (ustpregion03.pi.ecf@usdoj.gov)
Ronda J. Winnecour, Esquire (cmecf@chapter13trusteewdpa.com)

The following parties were served via First Class Mail, Postage Pre-Paid:

Alan R. Shaddinger, Esquire
21 Forest Avenue
Meadville, PA 16335

Conneaut Lake Joint Municipal Authority
P.O. Box 277
Conneaut Lake, PA 16316

#1452250