IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 21-10369 TPA |
| | : | |
| BONNY LYNETTE JONES, | : | |
|    Debtor | : | HON. THOMAS P. AGRESTI |
| | : | |
| PNC BANK, NATIONAL ASSOCIATION, | : | |
|    Movant, | : | CHAPTER 13 |
| | : | |
|       v. | : | RELATED TO CLAIM NO. 3 |
| | : | |
| BONNY LYNETTE JONES; and RONDA J. WINNECOUR, ESQUIRE, CHAPTER 13 TRUSTEE, | : | |
|    Respondents. | : | |

### DECLARATION REGARDING NOTICE OF POST PETITION MORTGAGE FEES, EXPENSES AND CHARGES FILED IN COMPLIANCE WITH THE LOCAL RULES

I hereby certify as counsel for the Debtor that the existing Chapter 13 Plan is adequately funded and that there is no need to file an amended Chapter 13 Plan.

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

BY:    /s/Michael S. JanJanin
       Michael S. Jan Janin, Esquire
       PA Id. No. 38880
       2222 West Grandview Boulevard
       Erie, Pennsylvania 16506-4508
       Telephone: 814-833-2222, Extension 1045
       Direct Dial: 814-314-1051
       Facsimile: 814-833-6753
       E-Mail: mjanjanin@quinnfirm.com
       Counsel for Debtor, Bonny Lynette Jones

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 21-10369 TPA |
| | : | |
| BONNY LYNETTE JONES, | : | |
|    Debtor | : | HON. THOMAS P. AGRESTI |
| | : | |
| PNC BANK, NATIONAL ASSOCIATION, | : | |
|    Movant, | : | CHAPTER 13 |
| | : | |
|       v. | : | RELATED TO CLAIM NO. 3 |
| | : | |
| BONNY LYNETTE JONES; and RONDA J. WINNECOUR, ESQUIRE, CHAPTER 13 TRUSTEE, | : | |
|    Respondents. | | |

**CERTIFICATE OF SERVICE OF DECLARATION REGARDING NOTICE OF POST PETITION MORTGAGE FEES, EXPENSES AND CHARGES**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on November 4, 2021.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: *Electronic Notification via the CM/ECF System.*

Ronda J. Winnecour, Esquire, Chapter 13 Trustee
**cmecf@chapter13trusteewdpa.com**

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: November 4, 2021

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

BY:   /s/Michael S. JanJanin
      Michael S. Jan Janin, Esquire
      PA Id. No. 38880
      2222 West Grandview Boulevard
      Erie, Pennsylvania 16506-4508
      Telephone: 814-833-2222, Extension 1045
      Direct Dial: 814-314-1051
      Facsimile: 814-833-6753
      E-Mail: mjanjanin@quinnfirm.com
      Counsel for Debtor, Bonny Lynette Jones

1472436