FILED
11/4/21 11:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

BONNY LYNETTE JONES              :   Case No. 21-10369-TPA
     *Debtor(s)*             :   Chapter 13
                             :   Related to Clm.. No. 3

## ORDER

     **AND NOW**, this 4th day of ***November, 2021***, a ***Notice of Postpetition Mortgage Fees, Expenses and Charges*** ("Notice") having been filed by ***PNC Bank National Association*** regarding Claim No. 3, and the Court having determined that the *Notice*, including any supplement thereto that was filed, has sufficient supporting documentation to meet the minimum required standard of proof, it is therefore ***ORDERED, ADJUDGED and DECREED*** that:

     (1)     There is cause pursuant to *Fed.R.Bankr.P. 9006(c)(2)* to reduce the one-year period provided by *Fed.R.Bankr. 3002.1(e)* for the Debtor(s) to respond to the *Notice* because of the need to promptly determine the amount due, if any, under the *Notice* so as to maximize the opportunities for plan success.

     (2)     ***On or before November 25, 2021*** unless the Trustee first acts pursuant to Paragraph 3, the Debtor(s) shall file either:

         (a)     An ***AMENDED CHAPTER 13 PLAN;***
         (b)     A ***DECLARATION*** that the existing Chapter 13 Plan is sufficient to fund the Plan with the additional debt provided in the *Notice;* or
         (c)     A ***MOTION OBJECTING*** to the *Notice* pursuant to *Fed.R.Bankr.P. 3002.1(e)* and shall self-schedule the matter for hearing pursuant to the Court's procedures.

     (3)     ***On or before November 25, 2021***, the Trustee, or other party in interest, may file a ***Motion*** objecting to the *Notice* pursuant to *Fed.R.Bankr.P. 3002.1(e)* and shall self-schedule the matter for hearing pursuant to the Court's procedures.

     (4)     ***The failure of either the Debtor(s), the Trustee, or other party in interest to timely file a Motion objecting to the Notice*** shall result in the allowance of the fees, expenses, and charges set forth therein without further order, notice or hearing, ***provided however***, that no payment thereon will be implemented by the Trustee until such time as Debtor(s) files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

                               asg
                            _____
                            Thomas P. Agresti, Judge
                            United States Bankruptcy Court

Case Administrator to serve:
Debtor
Debtor's Counsel
Claimant's Counsel

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 21-10369-TPA

Bonny Lynette Jones                                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                          User: lfin                                          Page 1 of 1

Date Rcvd: Nov 04, 2021                    Form ID: pdf900                             Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                       regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2021:**

**Recip ID              Recipient Name and Address**
db                    +  Bonny Lynette Jones, 12171 Schumaker Street, Conneaut Lake, PA 16316-2943

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2021                        Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2021 at the address(es) listed
below:**

**Name                         Email Address**

Maria Miksich
                                   on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Michael S. Jan Janin
                                   on behalf of Debtor Bonny Lynette Jones mjanjanin@quinnfirm.com
                                   mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quin
                                   nfirm.com

Office of the United States Trustee
                                   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                                   cmecf@chapter13trusteewdpa.com

TOTAL: 4