UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>BONNY LYNETTE JONES<br><br>Debtor(s)<br>Ronda J. Winnecour, Trustee<br>Movant<br>vs.<br>BONNY LYNETTE JONES<br><br>Respondent(s) | Case No. 21-10369TPA<br>Chapter 13<br><br><br>Related to Document No. 39 |

# ORDER

AND NOW, this __6th__ day of _____April_____, 20__22__, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is ***ORDERED, ADJUDGED and DECREED:***

☐   This case is ***DISMISSED***, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐   This case is ***DISMISSED***, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is ***FURTHER ORDERED*** as follows:

A.   Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.   This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

C. The Clerk shall give notice to all creditors of this dismissal.

D. Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

E. The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

(1) the time deadline provided by state law; or

(2) 30 days after the date of this notice.

☒ This case is not dismissed. The plan term is extended to a total of ___ months; the monthly plan payment amount is changed to $ _1,010.00_ effective _4/2022_ .

☐ This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ____ with / ____ without prejudice, without further notice or hearing.

☐ Other: _____

BY THE COURT:

_(signature)_
United States Bankruptcy Judge    jlm

Page 2 of 2

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10369-TPA |
| Bonny Lynette Jones | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 06, 2022 | Form ID: pdf900 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bonny Lynette Jones, 12171 Schumaker Street, Conneaut Lake, PA 16316-2943 |
| 15393993 | + | Alan R. Shaddinger, Esquire, 21 Forest Avenue, Meadville, PA 16335-1338 |
| 15389439 | + | Brian E. Jones, 20715 Peters Road, Saegertown, PA 16433-5727 |
| 15389446 | + | Erie Federal Credit Union, 3503 Peach Street, Erie, PA 16508-2741 |
| 15389450 | + | Meadville Medical Center, 751 Liberty Street, Meadville, PA 16335-2591 |
| 15389452 | + | PNC Bank, N.A., P.O. Box 8800, Dayton, OH 45401-8800 |
| 15389455 | + | Udren Law Offices, P.C., 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15389440 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 06 2022 23:31:36 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15389441 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 06 2022 23:31:21 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15393994 | + | Email/Text: conneaut@zoominternet.net | Apr 06 2022 23:34:00 | Conneaut Lake Joint Municipal Authority, P.O. Box 277, Conneaut Lake, PA 16316-0277 |
| 15389443 | + | Email/Text: rkiser@co.crawford.pa.us | Apr 06 2022 23:34:00 | Crawford County Tax Claim Bureau, Crawford County Courthouse, 903 Diamond Park, Meadville, PA 16335-2640 |
| 15389444 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 06 2022 23:31:22 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15389445 | | Email/Text: G06041@att.com | Apr 06 2022 23:34:00 | Directv LLC, by American InfoSource LP as agent, P.O. Box 5008, Carol Stream, IL 60197-5008 |
| 15389442 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 06 2022 23:31:00 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 15389447 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 06 2022 23:31:40 | LVNV Funding LLC, Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 15389449 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 06 2022 23:31:22 | LVNV Funding LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 15389448 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 06 2022 23:31:22 | LVNV Funding LLC, 15 S. Main Street, Suite 500, Greenville, SC 29601-2769 |
| 15408690 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 06 2022 23:34:00 | PNC Bank N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15389451 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 06 2022 23:34:00 | PNC Bank, N.A., 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15389454 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 06 2022 23:34:00 | PNC Mortgage, 3232 Newmark Drive, |

Case 21-10369-TPA    Doc 46    Filed 04/08/22    Entered 04/09/22 00:22:51    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 06, 2022 | Form ID: pdf900 | Total Noticed: 24 |

| Recip ID | | | |
|---|---|---|---|
| | | | Miamisburg, OH 45342 |
| 15389453 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Apr 06 2022 23:34:00 | PNC Mortgage, P.O. Box 1820, Dayton, OH 45401-1820 |
| 15389456 | + | Email/Text: jsprentz@urc.com | |
| | | Apr 06 2022 23:34:00 | United Refining, P.O. Box 599, Warren, PA 16365-0599 |
| 15389457 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | |
| | | Apr 06 2022 23:34:00 | Verizon Wireless, Bankruptcy Administration, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 15389458 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | |
| | | Apr 06 2022 23:34:00 | Verizon Wireless, P.O. Box 26055, Minneapolis, MN 55426-0055 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 15390205 | *+ | Brian E. Jones, 20715 Peters Road, Saegertown, PA 16433-5727 |
| 15390206 | *+ | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15390207 | * | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15390209 | *+ | Crawford County Tax Claim Bureau, Crawford County Courthouse, 903 Diamond Park, Meadville, PA 16335-2640 |
| 15390210 | *+ | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15390211 | * | Directv LLC, by American InfoSource LP as agent, P.O. Box 5008, Carol Stream, IL 60197-5008 |
| 15390212 | *+ | Erie Federal Credit Union, 3503 Peach Street, Erie, PA 16508-2741 |
| 15390208 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 15390213 | *+ | LVNV Funding LLC, Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 15390215 | *+ | LVNV Funding LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 15390214 | *+ | LVNV Funding LLC, 15 S. Main Street, Suite 500, Greenville, SC 29601-2769 |
| 15390216 | *+ | Meadville Medical Center, 751 Liberty Street, Meadville, PA 16335-2591 |
| 15390217 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15390220 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Mortgage, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15390219 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Mortgage, P.O. Box 1820, Dayton, OH 45401-1820 |
| 15390218 | *+ | PNC Bank, N.A., P.O. Box 8800, Dayton, OH 45401-8800 |
| 15390221 | *+ | Udren Law Offices, P.C., 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |
| 15390222 | *+ | United Refining, P.O. Box 599, Warren, PA 16365-0599 |
| 15390223 | *+ | Verizon Wireless, Bankruptcy Administration, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 15390224 | *+ | Verizon Wireless, P.O. Box 26055, Minneapolis, MN 55426-0055 |

TOTAL: 1 Undeliverable, 20 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2022        Signature:    /s/Gustava Winters

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 06, 2022 | Form ID: pdf900 | Total Noticed: 24 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2022 at the address(es) listed below:**

**Name**     **Email Address**

Brian Nicholas
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Michael S. Jan Janin
on behalf of Debtor Bonny Lynette Jones mjanjanin@quinnfirm.com
mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 4