**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>BONNY LYNETTE JONES<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:21-10369<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 06/29/2021 and confirmed on 08/09/2021. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 12,665.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 12,665.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,555.78 | |
|   Trustee Fee | 484.28 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,040.06 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 8,624.94 | 0.00 | 8,624.94 |
|     Acct: 1923 | | | | |
|   PNC BANK NA | 7,400.09 | 0.00 | 0.00 | 0.00 |
|     Acct: 1923 | | | | |
|   CRAWFORD COUNTY TAX CLM BUREAU* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MUNICIPAL AUTHORITY OF CONNEAUT L | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MUNICIPAL AUTHORITY OF CONNEAUT L | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MUNICIPAL AUTHORITY OF CONNEAUT L | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MUNICIPAL AUTHORITY OF CONNEAUT L | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 8,624.94 |
| **Priority** | | | | |
|   MICHAEL S JAN JANIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 21-10369 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| BONNY LYNETTE JONES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| QUINN BUSECK LEEMHUIS ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL S JAN JANIN ESQ | 5,000.00 | 3,555.78 | 0.00 | 0.00 |
| Acct: | | | | |
| PNC BANK NA | 900.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1923 | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| **Unsecured** | | | | |
| CAPITAL ONE BANK (USA) NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3745 | | | | |
| CHASE CARD SERVICES\*\* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1314 | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7628 | | | | |
| DIRECTV (\*) - TRUSTEE PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ERIE FEDERAL CREDIT UNION(\*) | 8,580.82 | 0.00 | 0.00 | 0.00 |
| Acct: 1990 | | | | |
| LVNV FUNDING LLC | 684.91 | 0.00 | 0.00 | 0.00 |
| Acct: 9026 | | | | |
| MEADVILLE MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UNITED REFINING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 649 | | | | |
| VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1420 | | | | |
| KML LAW GROUP PC\* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UDREN LAW OFFICES PC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN JONES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SHADDINGER LAW FIRM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | \*\*\*N O N E\*\*\* | | | |

TOTAL PAID TO CREDITORS                                                                                                8,624.94

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 900.00 |
| SECURED | 7,400.09 |
| UNSECURED | 9.265.73 |

Date: 09/07/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com